People v Birch (2021 NY Slip Op 50199(U))

[*1]

People v Birch (Anton)

2021 NY Slip Op 50199(U) [70 Misc 3d 144(A)]

Decided on March 12, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 12, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt, J.P., Brigantti, Hagler, JJ.

570379/15

The People of the State of New 
 York, Respondent,
against
Anton Birch,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Herbert J. Adlerberg, J.H.O.), rendered February 3, 2015, after a nonjury trial,
convicting him of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Herbert J. Adlerberg, J.H.O.), rendered February 3, 2015,
affirmed.
The information charging disorderly conduct (see Penal Law § 240.20) was not
jurisdictionally defective. Nonhearsay allegations established every element of the offense and
defendant's commission thereof (see CPL 100.40[1][c]; People v Middleton, 35 NY3d 952,
954 [2020]). Defendant's intent to cause public inconvenience, annoyance or alarm, or recklessly
create a risk thereof (see People v
Weaver, 16 NY3d 123, 128 [2011]) could be readily inferred from allegations that he
refused to comply with the routine magnetometer search procedure at the Bronx County Criminal
Court building on a specified weekday afternoon during the hours of court; used obscene and
abusive language, i.e., "Why you going through my shit. This is bullshit. Fuck this shit;" and
"refused to comply with several lawful orders to refrain from the disruptive conduct, to comply
with the voluntary search or vacate the area" (see People v Lee, 55 Misc 3d 138[A], 2017 NY Slip Op 50521[U]
[App Term, 1st Dept 2017], lv denied 29 NY3d 1092 [2017]; see also Matter of Monique Elizabeth J. v
Orlandro D., 145 AD3d 557 [2016], lv denied 29 NY3d 901 [2017]; Norasteh v State of New York, 44
AD3d 576 [2007], lv denied 10 NY3d 709 [2008]; People v Clarke, 34 Misc 3d
159[A], 2012 NY Slip Op 50438[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2012], lv denied 19 NY3d 958 [2012]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 12, 2021